# EXHIBIT B

# Brazoria CAD

## Property Search > 652252 STELL JASON JEREMIAH for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 652252 | Legal Description: | STERLING LAKES AT IOWA COLONY SEC 12B (A0289 HT&B) BLK 1 LOT 37 |
| Geographic ID: | 7791-1221-037 | Zoning: | 6/4/14 CJC |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 1867 GARNET BREEZE DR TX 77583 | Mapsco: | SAL121 |
| Neighborhood: | STERLING LAKES 5- | Map ID: | |
| Neighborhood CD: | S7791.5- | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | STELL JASON JEREMIAH | Owner ID: | 1107921 |
| Mailing Address: | 1867 GARNET BREEZE DR ROSHARON, TX 77583-2586 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $225,150 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $35,520 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | -------------------------- | | |
| (=) Market Value: | = | $260,670 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | -------------------------- | | |
| (=) Appraised Value: | = | $260,670 | | |
| (–) HS Cap: | – | $34,389 | | |
| | | -------------------------- | | |
| (=) Assessed Value: | = | $226,281 | | |

## Taxing Jurisdiction

Owner:           STELL JASON JEREMIAH
% Ownership:  100.0000000000%
Total Value:    $260,670

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $260,670 | $226,281 | $0.00 |
| CIC | CITY OF IOWA COLONY | 0.519209 | $260,670 | $203,653 | $1,057.39 |
| DR5 | BRAZORIA COUNTY DRAINAGE DISTRICT #5 (IOWA COLONY) | 0.123851 | $260,670 | $181,025 | $224.20 |
| EM3 | BRAZORIA COUNTY EMERGENCY DISTRICT #3 | 0.097745 | $260,670 | $226,281 | $221.18 |
| GBC | BRAZORIA COUNTY | 0.291106 | $260,670 | $181,025 | $526.97 |
| JAL | ALVIN COMMUNITY COLLEGE | 0.164145 | $260,670 | $226,281 | $371.43 |
| M31 | BRAZORIA COUNTY MUD #31 | 0.720000 | $260,670 | $226,281 | $1,629.23 |
| RDB | ROAD & BRIDGE FUND | 0.050000 | $260,670 | $178,025 | $89.01 |
| SAL | ALVIN INDEPENDENT SCHOOL DISTRICT | 1.377700 | $260,670 | $186,281 | $2,566.39 |
| | Total Tax Rate: | 3.343756 | | | |

| | | |
|---|---|---|
| | Taxes w/Current Exemptions: | $6,685.80 |
| | Taxes w/o Exemptions: | $8,716.17 |

## Improvement / Building

**Improvement #1:** Residential  **State Code:** A1  **Living Area:** 2087.0 sqft  **Value:** $225,150

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | 5- | R1 | 2014 | 885.0 |
| MA2.0 | MAIN AREA 2 STORY | 5- | | 2014 | 1202.0 |
| OMP | OPEN MASONARY PORCH | 5- | | 2014 | 48.0 |
| BG | BRICK GARAGE | 5- | | 2014 | 462.0 |
| MP | CONCRETE PATIO | 5- | | 2014 | 9.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | S1 | PRIMARY SITE | 0.1219 | 5310.00 | 0.00 | 0.00 | $35,520 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $225,150 | $35,520 | 0 | 260,670 | $34,389 | $226,281 |
| 2021 | $170,190 | $35,520 | 0 | 205,710 | $0 | $205,710 |
| 2020 | $173,560 | $35,520 | 0 | 209,080 | $7,648 | $201,432 |
| 2019 | $161,880 | $21,240 | 0 | 183,120 | $0 | $183,120 |
| 2018 | $168,990 | $21,240 | 0 | 190,230 | $0 | $190,230 |
| 2017 | $168,990 | $21,240 | 0 | 190,230 | $0 | $190,230 |
| 2016 | $168,990 | $21,240 | 0 | 190,230 | $0 | $190,230 |
| 2015 | $148,670 | $21,240 | 0 | 169,910 | $0 | $169,910 |
| 2014 | $0 | $21,240 | 0 | 21,240 | $0 | $21,240 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/29/2014 | DV | DEED RETAINING VENDORS LIEN | LGI HOMES-STERLING LAKES PARTNERS LLC | STELL JASON JEREMIAH | 14 | 047190 | |
| 2 | 4/9/2014 | WD | WARRANTY DEED | IC SECTION 12 LTD | LGI HOMES-STERLING LAKES PARTNERS LLC | 14 | 013627 | |

## Tax Due

Property Tax Information as of 03/10/2023

Amount Due if Paid on:

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|---|---|---|---|---|---|---|---|---|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

Questions Please Call (979) 849-7792