IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JASON STELL<br>    *Plaintiff,* | §<br>§<br>§ |
| v. | §    C.A. 3:23-cv-80<br>§ |
| J.P. MORGAN MORTGAGE<br>ACQUISITION CORP.<br>    *Defendant.* | §<br>§<br>§<br>§ |

**PLAINTIFF'S RULE 26(a)(1)(A) INITIAL DISCLOSURES**

Pursuant to the local rules of this Court, and Federal Rule of Civil Procedure 26(a)(1), Plaintiff Jason Stell ("Plaintiff") makes the following initial disclosures:

A. Reservations

1.    These disclosures are based upon information reasonably available to Plaintiff as of this date. Continuing investigation and discovery may alter these disclosures. Accordingly, Plaintiff reserves the right to supplement the information disclosed below if additional information becomes available.

2.    By making these disclosures, Plaintiff does not represent that any particular document exists within their possession, custody or control.

3.    These disclosures are made without waiver of, or prejudice to, any rights or objections Plaintiff may have.

4. Plaintiff expressly reserves the right to identify and call as witnesses additional persons other than those listed below, if, during the course of discovery and investigation relating to this action, Plaintiff learns that such additional persons have knowledge of relevant matters.

5. These disclosures are made subject to and without limiting any of the foregoing reservations. Plaintiff makes these disclosures in the belief that an appropriate confidentiality order and rational production limitations can and will be agreed upon by counsel at an appropriate time, should they become necessary.

### B. Disclosures

1. **The correct names of the parties to the action**. The correct names of the parties to this action are as follows:

    a. Jason Stell, c/o Robert C. Vilt, Vilt Law, PC, 5177 Richmond Avenue, Suite 1142, Houston, Texas 77056;

    b. J.P. Morgan Mortgage Acquisition Corp., c/o Jon Patterson, Melissa Gutierrez Alonso, Bradley Arant Boult Cummings, LLP, 600 Travis Street, Ste 5600, Houston, TX 77002.

2.      **The name, and if known, address and telephone number of any potential parties to the action**. Plaintiff is not aware of any additional potential parties to this action.

3.      **Rule 26(a)(1)(A)(i).** Plaintiff believes at present the following individuals have discoverable information about the subject matter of this litigation and may provide testimony that Plaintiffs may use for support in this case:

| **Names** | **Subjects of Information** |
| --- | --- |
| Jason Stell<br><br>c/o Robert C. Vilt<br>Vilt Law, PC<br>5177 Richmond Ave, Ste 1142<br>Houston, Texas 77056 | Plaintiff has knowledge of the loan, the default on the loan, knowledge of his bankruptcy filings if any, all modification applications and agreements, along with the foreclosure of the Property as it related to the claims he asserts against Defendant. |
| J.P. Morgan Mortgage Acquisition Corp.<br><br>c/o Jon Patterson<br>Melissa Gutierrez Alonso<br>Bradley Arant Boult Cummings, LLP<br>600 Travis Street, Ste 5600<br>Houston, TX 77002 | Knowledge of Plaintiff's loan, default in the loan, bankruptcy filings and proceedings of Plaintiff if any, loan modification applications, foreclosure and documents related to Plaintiff's loan. |

4.      **Rule 26(a)(1)(A)(ii).** Plaintiff's description by category of his Rule 26(a)(1)(A)(ii) disclosures is as follows: Plaintiff's business records relating to Plaintiff's mortgage loan, including but not limited to the loan origination file, including the note and deed of trust, bankruptcy pleadings, servicing documents, including payment history and communications with

borrowers; other account information pertaining to the subject loan; all pleadings and documents filed by Plaintiffs in any other action pertaining to the subject loan or property.

5.     **Rule 26(a)(1)(A)(iii)**. Nothing to be disclosed at this time. Plaintiff's investigation is continuing, and if there are any required disclosures under this category, they will be disclosed via supplementary disclosures under Rule 26(e).

6.     **Rule 26(a)(1)(A)(iv).** Nothing to be disclosed at this time. Plaintiff's investigation is continuing, and if there are any required disclosures under this category, they will be disclosed via supplementary disclosures under Rule 26(e).

          Respectfully submitted,

          VILT LAW, P.C.

By:     /s/ *Robert C. Vilt*
       Robert C. Vilt
       Texas Bar No. 00788586
       S.D. Bar No. 20296
       Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
Telephone:     713.840.7570
Facsimile:     713.877.1827
ATTORNEYS FOR PLAINTIFF

4

## CERTIFICATE OF SERVICE

      I hereby certify that on April 13th, 2023 the foregoing was filed with the Court via the CM/ECF system and that the Clerk of the Court will forward a copy of same to the following CM/ECF users:

Jon Patterson  
Melissa Gutierrez Alonso  
Bradley Arant Boult Cummings, LLP  
600 Travis Street, Ste 5600  
Houston, TX 77002

                                              By:   */s/ Robert C. Vilt*  
                                                              ROBERT C. VILT