IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JASON STELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-80 |
| | § | |
| **J.P. MORGAN MORTGAGE ACQUISITION CORP.** | § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION FOR EXTENSION OF TIME

Defendant J.P. Morgan Mortgage Acquisition Corp. ("JP Morgan") and Plaintiff Jason Stell ("Plaintiff") file this Joint Motion for Extension of Dispositive Motion and all other Pretrial Motions deadline to an additional ninety days, and would respectfully show as follows:

1. On June 15, 2023, the Court entered a Docket-Control Order [15] controlling the upcoming deadlines that require an extension.

2. The current Dispositive Motion deadline is January 26, 2024.

3. All Other Pretrial Motions deadline are currently set for March 15, 2024.

4. The Parties are currently engaging in early settlement discussions. Therefore, Plaintiff and JP Morgan need an additional ninety days to file their Dispositive Motions and all other Pretrial Motions. The new deadline to file Dispositive Motions would be April 04, 2024, and all other Pretrial Motions June 14, 2024.

5. This extension is not sought for purposes of delay, but so that justice may be done. For these reasons, Defendant Jason Stell and J.P. Morgan Mortgage Acquisition Corp respectfully requests the Court to extend the deadlines requested to April 04, 2024 and June 14, 2024, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**Bradley**

By: */s/ Melissa S. Gutierrez*
**JON H. PATTERSON**
Texas Bar No. 24077588
jpatterson@bradley.com
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8403
Fax:      (205) 488-6403

**MELISSA S. GUTIERREZ**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
mgutierrez@bradley.com
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR DEFENDANT***

And

/s/*Robert C. Vilt*
Robert C. Vilt
Vilt Law, PC
Texas Bar No. 00788586
5177 Richmond Ave., Ste. 1142
Houston, Texas 77056
Telephone:  713.840.7570
Facsmile:  713.877.1827
*clay@viltlaw.com*; *nicolas@viltlaw.com*

***ATTORNEY FOR PLAINTIFF***

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via E-mail:* clay@viltlaw.com; nicolas@viltlaw.com
Robert C. Vilt
Vilt Law, PC
5177 Richmond Ave., Ste. 1142
Houston, Texas 77056
***Attorney for Plaintiff***

*/s/ Melissa Gutierrez Alonso*
Melissa Gutierrez Alonso