# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **JASON STELL** <br> *Plaintiff,* | § § § | |
| **v.** | § § | C.A. 3:23-cv-80 |
| **J.P. MORGAN MORTGAGE ACQUISITION CORP.** <br> *Defendant.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Stell ("Plaintiff") and Defendant J.P. Morgan Mortgage Acquisition Corp. ("Defendant") ("collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice, pursuant to the Parties' agreement.

Respectfully submitted,

**VILT LAW, P.C.**

/s/ *Robert C. Vilt*
Robert C. Vilt
State Bar No. 00788586
SD No. 20296
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
(713) 840-7570 – Telephone
(713) 887-1827 – Facsimile
clay@viltlaw.com
**ATTORNEYS FOR PLAINTIFF**

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/*Melissa Gutierrez Alonso*
Melissa Gutierrez Alonso
State Bar No. 24087648
SD No. 2255351
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 – Telephone
(713) 576-0301 – Facsimile
malonso@bradley.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

Robert C. Vilt<br>
5177 Richmond Avenue, Suite 1142<br>
Houston, Texas 77056

                                              */s/Melissa Gutierrez Alonso*
                                              Melissa Gutierrez Alonso