IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JASON STELL §<br>    *Plaintiff,* §<br>§<br>v. §<br>§<br>J.P. MORGAN MORTGAGE §<br>ACQUISITION CORP. §<br>    *Defendant.* § | C.A. 3:23-cv-80 |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Joint Stipulation of Dismissal with Prejudice submitted by Plaintiff Jason Stell and Defendant J.P. Mortgage Acquisition Corp. and finds that the parties' request has merit and should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant be dismissed with prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed:_____

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM**
**AND SUBSTANCE BY:**

**VILT LAW, P.C.**

/s/ *Robert C. Vilt*
Robert C. Vilt
State Bar No. 00788586
SD No. 20296
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
(713) 840-7570 – Telephone
(713) 887-1827 – Facsimile
clay@viltlaw.com
**ATTORNEYS FOR PLAINTIFF**


**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/
Melissa Gutierrez Alonso
State Bar No. 24087648
SD No. 2255351
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 – Telephone
(713) 576-0301 – Facsimile
malonso@bradley.com
**ATTORNEYS FOR DEFENDANT**